UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 23, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEREMIAH YOUNG,

Defendant.

Case No. 2:18-cr-00068-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JEREMIAH YOUNG, Case No. 2:18-cr-00068-KJM from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 50,000, cosigned by Shawna Young and Susan Rosager

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial Services conditions of supervision.

Issued at Sacramento, California on April 23, 2018 at 2:00 pm

By: _____

Magistrate Judge Carolyn K. Delaney